UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

EILEEN CONNOLE,

    Plaintiff,

v.

DOLGENCORP, LLC,

    Defendant.

USDC Case No. 2:22-CV-11751
Hon.

Lower Court Case No: 22-007275-NO
Hon.: Martha M. Snow

_____/

Ali H. Koussan (P75044)
Attorney for Plaintiff
Koussan Hamood, PLC
821 West Milwaukee
Detroit, MI 48202
(313) 444-8348; Fax: (313) 444-7814
ali@kh-plc.com

Richard G. Szymczak (P29230)
Plunkett Cooney
Attorney for Defendant
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(810) 342-7007; Fax (248) 901-4040
rszymczak@plunkettcooney.com

_____/

## NOTICE OF FILING REMOVAL

## NOTICE OF REMOVAL TO FEDERAL COURT

## VERIFICATION

## CERTIFICATE OF SERVICE

    PLUNKETT COONEY

    By: */s/Richard G. Szymczak*
    Richard G. Szymczak (P29230)
    Attorney for Defendant
    38505 Woodward Avenue – Suite 100
    Bloomfield Hills, MI 48304
    (810) 342-7007

Dated: July 28, 2022

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

EILEEN CONNOLE,

    Plaintiff,

v.

DOLGENCORP, LLC,

    Defendant.

USDC Case No. 2:22-CV-11751
Hon.

Lower Court Case No: 22-007275-NO
Hon.: Martha M. Snow

_____/

| | |
|---|---|
| Ali H. Koussan (P75044) | Richard G. Szymczak (P29230) |
| Attorney for Plaintiff | Plunkett Cooney |
| Koussan Hamood, PLC | Attorney for Defendant |
| 821 West Milwaukee | 38505 Woodward Avenue, Suite 100 |
| Detroit, MI 48202 | Bloomfield Hills, MI 48304 |
| (313) 444-8348; Fax: (313) 444-7814 | (810) 342-7007; Fax (248) 901-4040 |
| ali@kh-plc.com | rszymczak@plunkettcooney.com |

_____/

### NOTICE OF FILING REMOVAL

_____/

TO:  Ali H. Koussan (P75044)          Wayne County Circuit Court
        Koussan Hamood, PLC           Clerk of the Court
        821 West Milwaukee              2 Woodward Avenue
        Detroit, MI 48202                Detroit, MI 48226

**PLEASE TAKE NOTICE** that, pursuant to 28 USC §1441, Defendant DOLGENCORP, LLC, a Kentucky limited liability company, (hereinafter Defendant), has this day filed a Notice of Removal, a copy of which is attached hereto, in the

office of the Clerk of the United States District Court, Eastern District of Michigan, Southern Division.

> Respectfully submitted,
>
> PLUNKETT COONEY
>
> By: /s/ Richard G. Szymczak
> RICHARD G. SZYMCZAK (P29230)
> Attorney for Defendant
> 38505 Woodward Avenue, Suite 100
> Bloomfield Hills, Michigan 48304
> 810-342-7007
> rszymczak@plunkettcooney.com

Dated: July 28, 2022

## PROOF OF SERVICE

The undersigned certifies that on the 28th day of July 2022, a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

| ☐ Hand delivery | ☐ Overnight mail |
| ☐ U.S. Mail | ☐ Facsimile |
| ☐ Email | ☒ Electronic e-file |

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

/s/ Della Dubovsky

Della Dubovsky

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

EILEEN CONNOLE,

    Plaintiff,

v.

DOLGENCORP, LLC,

    Defendant.

USDC Case No. 2:22-CV-11751
Hon.

Lower Court Case No: 22-007275-NO
Hon.: Martha M. Snow

_____/

| | |
|---|---|
| Ali H. Koussan (P75044) | Richard G. Szymczak (P29230) |
| Attorney for Plaintiff | Plunkett Cooney |
| Koussan Hamood, PLC | Attorney for Defendant |
| 821 West Milwaukee | 38505 Woodward Avenue, Suite 100 |
| Detroit, MI 48202 | Bloomfield Hills, MI 48304 |
| (313) 444-8348; Fax: (313) 444-7814 | (810) 342-7007; Fax (248) 901-4040 |
| ali@kh-plc.com | rszymczak@plunkettcooney.com |

_____/

### NOTICE OF REMOVAL TO FEDERAL COURT

_____/

TO:   Clerk of the Court
        Ali H. Koussan, Esq.

**PLEASE TAKE NOTICE** that, pursuant to 28 USC §1441, Defendant DOLGENCORP, LLC, a Kentucky Limited Liability Company, by its attorneys, PLUNKETT COONEY, and pursuant to 28 USCA §1332, 1441 and 1446, files the within Notice of Removal as follows:

1. On or about June 22, 2021, there was commenced, and is now pending in the Circuit Court for the County of Wayne, State of Michigan, a certain civil action bearing case number 22-007275-NO, in which Eileen Connole is the Plaintiff, and, Dolgencorp, LLC D/B/A Dollar General is the named Defendant.

2. A copy of Plaintiff's Complaint is attached as **Exhibit A**.

3. That service was effectuated on Defendant on or about June 30, 2022.

4. This action is a suit at common law of a civil nature, in which Plaintiff, Eileen Connole claims that the Defendant's negligent acts caused her to sustain severe, permanent and progressive injuries, including, but not limited to:

   a). Right upper extremity including shoulder, arm and elbow with associated severe adhesive capsulitis resulting in the necessity of surgical intervention, bicep tendonitis, trapezius pain and radicular pain with tingling of the phalanges, subacromial impingement and right arm paresthesia, cervical pathology or referred pain;

   b). Multiple contusions and lacerations;

   c). Severe shock, fright, depression and mental anguish;

   d). Pain and suffering; and

   e). Further injuries which have not yet been diagnosed or manifested themselves;

    f).     Further, that said injuries have necessitated hospital care and treatment, surgery, physical therapy, use of rehabilitative appliances, medications and/or other rehabilitative aids.

5. Plaintiff has received medical treatment for said injuries.

6. As set forth in her Complaint, Plaintiff makes a generalized demand in excess of Twenty-Five Thousand Dollars ($25,000.00). However, Defendant anticipates that due to the nature and extent of her claims, Plaintiff seeks damages in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs and attorney fees.

7. This action involves a controversy with complete diversity of citizenship between citizens of different states and therefore, satisfies the requirement set forth in 28 USCA §1332:

    a).     Plaintiff is and now and at the time of the commencement of this action, a residents and citizens of the State of Florida.

    b.     Defendant is a Kentucky limited liability company with its principal place of business in Tennessee; it was not and is not a corporation created or organized under the laws of the State of Michigan, and does not have its principal place of business in Michigan. **(Exhibit B - Articles of Organization for Dolgencorp LLC).**

    c.     The sole member of Dolgencorp LLC is Dollar General Corporation, a Tennessee corporation with its principal place of business in Goodletsville, Tennessee. **(Exhibit C – Business Entity Detail Dollar General Corporation)**

3

8. The instant lawsuit is a controversy with complete diversity and involving an amount in controversy of more than $75,000.00 over which the Federal District Court of the United States has jurisdiction.

9. This Removal is timely made.

10. Written notice of filing of this Removal has been given to all parties as required by law and is attached hereto.

11. A true and correct copy of this Removal has been filed with the Clerk of the Court for the Circuit Court for the County of Wayne.

**WHEREFORE** Defendant, DOLGENCORP, LLC, respectfully requests this Honorable Court to remove this civil action from the Circuit Court for the County of Wayne, State of Michigan, to the United States District Court for the Eastern District of Michigan, Southern Division.

        Respectfully submitted,

        PLUNKETT COONEY

        By: */s/ Richard G. Szymczak*
        RICHARD G. SZYMCZAK (P29230)
        Attorney for Defendant
        38505 Woodward Avenue, Suite 100
        Bloomfield Hills, Michigan 48304
        810-342-7007
        rszymczak@plunkettcooney.com

Dated: July 28, 2022

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

EILEEN CONNOLE,

    Plaintiff,

v.

DOLGENCORP, LLC,

    Defendant.

USDC Case No. 2:22-CV-11751
Hon.

Lower Court Case No: 22-007275-NO
Hon.: Martha M. Snow

_____/

| | |
|---|---|
| Ali H. Koussan (P75044) | Richard G. Szymczak (P29230) |
| Attorney for Plaintiff | Plunkett Cooney |
| Koussan Hamood, PLC | Attorney for Defendant |
| 821 West Milwaukee | 38505 Woodward Avenue, Suite 100 |
| Detroit, MI 48202 | Bloomfield Hills, MI 48304 |
| (313) 444-8348; Fax: (313) 444-7814 | (810) 342-7007; Fax (248) 901-4040 |
| ali@kh-plc.com | rszymczak@plunkettcooney.com |

_____/

**VERIFICATION**

_____/

RICHARD G SZYMCZAK, first being duly sworn, states that he is the attorney for Defendant and that the foregoing Notice of Removal is true in substance and in

fact to the best of his knowledge, information, and belief.

                              Respectfully submitted,

                              PLUNKETT COONEY

                              By: */s/ Richard G. Szymczak*
                              RICHARD G. SZYMCZAK (P29230)
                              Attorney for Defendant
                              38505 Woodward Avenue, Suite 100
                              Bloomfield Hills, Michigan 48304
                              810-342-7007
                              rszymczak@plunkettcooney.com

Dated: July 28, 2022

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

| | |
|---|---|
| EILEEN CONNOLE, | USDC Case No. 2:22-CV-11751 |
| Plaintiff, | Hon. |
| v. | Lower Court Case No: 22-007275-NO |
| | Hon.: Martha M. Snow |
| DOLGENCORP, LLC, | |
| Defendant. | |

_____/

| | |
|---|---|
| Ali H. Koussan (P75044) | Richard G. Szymczak (P29230) |
| Attorney for Plaintiff | Plunkett Cooney |
| Koussan Hamood, PLC | Attorney for Defendant |
| 821 West Milwaukee | 38505 Woodward Avenue, Suite 100 |
| Detroit, MI 48202 | Bloomfield Hills, MI  48304 |
| (313) 444-8348; Fax: (313) 444-7814 | (810) 342-7007; Fax (248) 901-4040 |
| ali@kh-plc.com | rszymczak@plunkettcooney.com |

_____/

**CERTIFICATE OF SERVICE**

_____/

I hereby certify that on July 28, 2022, I electronically filed ***Defendant's Notice of Filing Removal, Notice of Removal to Federal Court, Verification, and Certificate of Service*** with the Clerk of the Court using the ECF system, or in the alternative, I have mailed by United States Postal Service to any parties

that are not ECF participants.

                                            Respectfully submitted,

                                            PLUNKETT COONEY

                                            By: */s/ Richard G. Szymczak*
                                            RICHARD G. SZYMCZAK (P29230)
                                            Attorney for Defendant
                                            38505 Woodward Avenue, Suite 100
                                            Bloomfield Hills, Michigan 48304
                                            810-342-7007
                                            rszymczak@plunkettcooney.com

Dated: July 28, 2022

Open.16711.22722.29281586-1

4